IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Matthew Thomas Pickens, Jr., a/k/a Matthew T. Pickens, | Case No. 8:12-cv-02142-RBH-JDA |
| Plaintiff, | **REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| v. | |
| Wayne McCabe; Fred B. Thompson; Joseph McFadden; E. Holcomb; Ms. Ann Shepard, | |
| Defendants. | |

This matter is before the Court on a motion to dismiss without prejudice filed by Plaintiff.[1]  [Doc. 53.]  Plaintiff is proceeding pro se and brings this civil rights action pursuant to 42 U.S.C. § 1983.  [Doc. 1.]  Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under 42 U.S.C. § 1983 and to submit findings and recommendations to the District Court.

## DISCUSSION

On March 6, 2013, Plaintiff filed a motion to dismiss the Complaint without prejudice to have an opportunity to fully exhaust his state remedies.  [Doc. 53.]  On March 18, 2013, Defendants filed a response in support of Plaintiff's motion, indicating Defendants consent to a dismissal without prejudice.  [Doc. 54.]

Under the Federal Rules of Civil Procedure, a plaintiff may request the court to dismiss his action.  Fed. R. Civ. P. 41(a)(2).  The court may dismiss the action "on terms

---

[1] Also pending before the Court is a motion for summary judgment filed by Defendants. [Doc. 50.]

that the court considers proper." *Id.* Unless the court orders otherwise, dismissal of an action at the plaintiff's request is without prejudice. *Id.* Here, because Defendants have consented to the dismissal of this action, the Court recommends Plaintiff's motion be granted.

## **CONCLUSION**

Wherefore, based upon the foregoing, the Court recommends Plaintiff's motion to dismiss [Doc. 53] be GRANTED, Defendants' motion for summary judgment [Doc. 50] be FOUND AS MOOT, and the Complaint be dismissed without prejudice.

IT IS SO RECOMMENDED.

s/Jacquelyn D. Austin<br>
United States Magistrate Judge

March 19, 2013
Greenville, South Carolina